Pearson, J.
 

 The time at which the tea's and examinations were
 
 to
 
 be made, in order
 
 “ to prove the
 
 mine valueless,” is not expressed in the condition, and the <¡ oes ion is, within what time was the test to be made? I'Ve .’link, according to ihe proper construction of the instrumenir was to be done •• on, or before,” the 25th of December, when the money was to be paid.
 

 Suppose the money had been paid on the 25th of December, and afterwards, the mine, being tested, proved valueless, could it have been recovered back? If so, at or what length of :i:ne It is certain it could not have been recovered back, 'i.'.e legal effect of the bond was to impose on the defendant ihe niity of seeking the plaintiff andpaj-b',.: the money to him • n that day. lie was in default for not having done so. Shall i e V aliened to take advantage of his cun wrong, for the ] urpn e of extending a condition which wu made for his
 
 ■
 
 ei/_ hi Such would be the effect, if ho < wdd avail himself of a .e.;t made after the day on which he ..as bound to pay the money. So, we conclude the bond be-1 > e absolute on that day. Such was the object and intern of e parties.
 

 Tliecouur-elío:thedefenclant,beingpreí.'.;v
 
 V
 
 ) ihe argument, that if that day was not the limit of the lime, r >" that it would be indefinito, suggested that the proper limit isas the bringing of the action.
 

 We can see no reason upon which this proposition can be supported. The defendant was in default by not paying the money on the day the bond became absol:' <\ No laches can be imputed to the plaintiff for not suing for-'bwifh, and if he chose to give indulgence, relying on the bond as an absolute securitv, an attempt to keep the condition open on that ground,
 
 *130
 
 comes with an ill-grace from the defendant. His default was aggravated by not paying the money until the plaintiff was forced to sue him.
 

 "We have treated-the ease as if the evidence was offered to support the allegation that the mine proved valueless
 
 after
 
 the day, because that was the point presented in the argument, and not as'if it was offered for the purpose of reflecting back in aid of tests previously made, so as to support an allegation that the mine had proved valueless
 
 before
 
 the day.
 

 Pee Cueiam, Judgment reversed, and a
 
 venire de novo.